UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| OLUSEYI OSINOWO, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No.: 4:16-CV-1985-VEH-SGC |
| | ) |
| LORETTA LYNCH, U.S. Attorney General, et al., | ) |
| | ) |
| Respondents. | ) |

## **MEMORANDUM OPINION**

This is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 on behalf of petitioner, Oluseyi Osinowo, seeking his release pending removal to Nigeria. On August 28, 2017, the magistrate judge entered a report (Doc. 17), recommending the petitioner's motion seeking a temporary restraining order( Doc. 16) be denied. The petitioner's motion, and the magistrate judge's report remain pending.

On August 30, 2017, the respondents filed a motion to dismiss this matter as moot. (Doc. 18). The motion notes the petitioner was removed from the United States on August 29, 2017. (*Id.*). The petitioner has not responded. Because the petitioner has been removed, the court can no longer provide meaningful relief. Thus, the court finds that the petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323

F.3d 906, 913 (11th Cir. 2003). Accordingly, the respondents' motion to dismiss is due to be granted, and the petition is due to be dismissed. In light of the foregoing, the Clerk of Court is **DIRECTED** to **TERM** the petitioner's motion and the magistrate judge's report as **MOOT**. (Docs. 16, 17).

A separate order will be entered.

**DONE** and **ORDERED** this the 18th day of October, 2017.

**VIRGINIA EMERSON HOPKINS**
United States District Judge